```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13680
     JAMES ROBINSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6282


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was not confirmed.

     The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING CO      NOTICE ONLY      NOT FILED            .00             .00
ARMOR SYSTEMS CO           UNSECURED             85.00           .00             .00
BUREAU OF COLLECTION REC   NOTICE ONLY      NOT FILED            .00             .00
CAPITAL ONE                UNSECURED           1894.86           .00             .00
CHASE HOME FINANCE LLC     NOTICE ONLY      NOT FILED            .00             .00
CODILIS & ASSOCIATES       NOTICE ONLY      NOT FILED            .00             .00
STATE DISBURSEMENT UNIT    NOTICE ONLY      NOT FILED            .00             .00
JERRY BROWN                NOTICE ONLY      NOT FILED            .00             .00
MEDICAL COLLECTION         NOTICE ONLY      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY      NOT FILED            .00             .00
WILSHIRE CREDIT CORP       NOTICE ONLY      NOT FILED            .00             .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00             .00             .00
AMERICAS SERVICING COMPA   SECURED NOT I    30393.55             .00             .00
FIRST FRANKLIN LOAN        NOTICE ONLY      NOT FILED            .00             .00
CHASE HOME FINANCE LLC     NOTICE ONLY      NOT FILED            .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00             .00             .00
CHASE HOME FINANCE LLC     SECURED NOT I    19710.61             .00             .00
*THAV & RYKE PLLC          DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------      ---------------
TOTALS                     .00                    .00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13680 JAMES ROBINSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |